Patricia Louise McCARTHY,
Petitioner-Respondent,

v.

Donald Edward McCARTHY,
Respondent-Appellant.

No. WD 32928.

Missouri Court of Appeals,
Western District.

Oct. 12, 1982.

R. Brian Hall of Hall & Stahl, Inc., Gladstone, for respondent-appellant.

Joseph Y. Decuyper and Hsiang-Lin Lee of Snowden & Decuyper, Kansas City, for petitioner-respondent.

Before KENNEDY, P.J., and WASSERSTROM and MANFORD, JJ.

---

ORDER

PER CURIAM:

Appeal from decree of dissolution.

Judgment affirmed. Rule 84.16(b).